No. 85–7054.  HOLT v. CONTINENTAL GROUP, INC., ET AL. C. A. 2d Cir.   Certiorari denied.

No. 85–7056.   COLLEY v. SUMNER ET AL.   C. A. 9th Cir. Certiorari denied.

No. 85–7057.   ROBERTS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 85–7058.   MILLER v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 85–7059.   MURPHREE v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 85–7061.   ROBERTS v. MARYLAND.   Ct. Sp. App. Md. Certiorari denied.

No. 85–7062.   POLES v. PENNSYLVANIA.   C. A. 3d Cir.   Certiorari denied.

No. 85–7064.   COMSIA v. BURKHART ET UX.   Ct. App. Ohio, Mahoning County.   Certiorari denied.

No. 85–7065.   JACKSON v. DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT SERVICES.   Ct. App. D. C.   Certiorari denied.

No. 85–7066.   WILSON v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 85–7067.   ALLEN v. LeFEVRE, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 85–7069.   DAVIS v. WADE ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 85–7072.   CHINN v. FEDERAL COMMUNICATIONS COMMISSION.   C. A. 9th Cir.   Certiorari denied.

No. 85–7073.   JOHNSON v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 85–7074.   O'DELL v. SMITH ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 85–7075.   PERKINS v. ELLIS, JUDGE, ET AL.   C. A. 5th Cir.   Certiorari denied.